# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARESH KUMAR-MALLA, | Case No. 1:26-cv-00105-KES-EPG-HC |
| Petitioner, | ORDER DIRECTING PETITIONER TO FILE RESPONSE TO RESPONDENT'S REQUEST FOR EXTENSION OF TIME |
| v. | |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 9, 2026, the Court granted Petitioner's motion for preliminary injunction and ordered Petitioner released. (ECF No. 8.) The matter was referred to the undersigned "for further proceedings including the preparation of findings and recommendations on the petition or other appropriate action." (Id. at 3.) On January 12, 2026, the Court ordered the parties to meet and confer and submit a joint statement regarding case management within seven days. (ECF No. 9.)

On January 13, 2026, Respondent filed a request for 180-day extension of time to file a proposed briefing schedule. (ECF No. 10.)

///

///

///

IT IS HEREBY ORDERED that Petitioner SHALL file a response to Respondents'
request (ECF No. 10) on or before Friday, January 16, 2026, at noon.

IT IS SO ORDERED.

Dated:   **January 14, 2026**                    /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE