# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARESH KUMAR-MALLA, | Case No. 1:26-cv-00105-KES-EPG-HC |
| Petitioner, | ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME TO FILE JOINT STATEMENT AND PROPOSED BRIEFING SCHEDULE |
| v. | |
| CHRISTOPHER CHESTNUT, et al., | (ECF No. 10) |
| Respondents. | |

Petitioner, represented by counsel, is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 9, 2026, the Court granted Petitioner's motion for preliminary injunction and ordered Petitioner released. (ECF No. 8.) The matter was referred to the undersigned "for further proceedings including the preparation of findings and recommendations on the petition or other appropriate action." (Id. at 3.) On January 12, 2026, the Court ordered the parties to meet and confer and submit a joint statement regarding case management within seven days. (ECF No. 9.)

On January 13, 2026, Respondents filed a request for 180-day extension of time to file a proposed briefing schedule. (ECF No. 10.) On January 14, 2026, the Court ordered Petitioner to file a response to Respondents' request by noon on January 16, 2026. (ECF No. 11.) To date, no response has been filed, and the Court construes this as a non-opposition to Respondents' request.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondents' request for extension of time (ECF No. 10) is GRANTED; and

2. On or before July 20, 2026, Accordingly, the parties SHALL meet and confer and submit a joint statement regarding case management and a proposed briefing schedule.

IT IS SO ORDERED.

Dated:   **January 20, 2026**            /s/ *Erin P. Grosj*
UNITED STATES MAGISTRATE JUDGE

2