## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARESH KUMAR-MALLA, | Case No. 1:26-cv-0105 KES EPG (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING RESPONDENTS' MOTION TO DISMISS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | Docs. 1, 14, 17 |

Naresh Kumar-Malla brought a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, asserting his detention violated his due process rights and the Administrative Procedure Act. *See generally* Doc. 1.

Petitioner moved for a temporary restraining order. Doc. 3. The Court converted the motion into one for a preliminary injunction, granted the preliminary injunction, and ordered Respondents to release Petitioner immediately. The Court referred the matter to the magistrate judge for further proceedings. Doc. 8. Respondent moved to dismiss the petition and argued Petitioner is subject to mandatory detention. Doc. 14

On March 26, 2026, the magistrate judge issued findings and recommendations to deny the motion to dismiss and grant the petition. Doc. 17. The magistrate judge observed that "[i]n the motion to dismiss, Respondents raise arguments that have been rejected by this Court in the previous decisions set forth in the order granting preliminary injunction." *Id.* at 2 (citing Doc. 8

1

at 2).  The magistrate judge recommended the petition be granted "for the reasons stated in the previous decisions set forth in the order granting preliminary injunction."  *Id.*  Respondents filed a one-sentence objection referring to their prior pleadings.  Doc. 18.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo.  Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.  The Court ORDERS:

1.   The findings and recommendations issued on March 26, 2026 (Doc. 17) are ADOPTED in full.

2.   Respondents' motion to dismiss (Doc. 14) is DENIED.

3.   The petition for writ of habeas corpus is GRANTED.

4.   Respondents are ENJOINED and RESTRAINED from re-detaining Petitioner Naresh Kumar-Malla unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that he is a flight risk or danger to the community such that his physical custody is legally justified.[1]

5.   The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:   May 2, 2026

_____
UNITED STATES DISTRICT JUDGE

---

[1] This Order does not address the circumstances in which Respondents may detain Petitioner in the event he becomes subject to an executable final order of removal.